FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 20, 2015

ABEL ACOSTA, CLERK

PD-0051-15

PD-0051-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/13/2015 12:45:32 PM
Accepted 1/20/2015 5:07:55 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

PD-_____

| | | |
|---|---|---|
| **MAX EDWARD WEBB,** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 01-14-00200-CR |
| | § | Court of Appeals |
| | § | First District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |
| *Appellee* | | |

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

Appellant Max Edward Webb moves the Court for an extension of time to file his petition for discretionary review until and including February 16, 2015, and shows:

1. In cause number 01-14-00200-CR, the First Court of Appeals affirmed Mr. Webb's conviction on December 15, 2014. The deadline to file the petition for discretionary review is January 15, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition.

2. Mr. Webb has made no previous requests for extension.

In view of the foregoing, Mr. Webb moves the Court to extend the time to file his petition for discretionary review until and including February 16, 2015.

Respectfully submitted,

**Alexander Bunin**
Chief, Harris County Public Defender's Office

/s/ Melissa Martin

_____
Melissa Martin
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532

**CERTIFICATE OF SERVICE**

I certify that I provided a copy of the foregoing motion to counsel for the state and the State Prosecuting Attorney by electronic service on January 13, 2015

*/s/ Melissa Martin*

_____
Melissa Martin